Sonya D. Winner  (SB# 200348)
Haywood S. Gilliam, Jr.  (SB# 172732)
Bryanne J. Schmitt  (SB# 257534)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:  415.591.6000
Facsimile:  415.591.6091
E-mail:  swinner@cov.com
E-mail:  hgilliam@cov.com
E-mail:  bschmitt@cov.com

Steven H. Frankel  (SB# 171919)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:  415.882.5000
Facsimile:  415.882.0300
E-mail:  sfrankel@sonnenschein.com

Attorneys for Defendant
WAL-MART STORES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILSTAF, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS CAREMARK, CORP.; LONGS DRUG STORE CORPORATION; THE KROGER CO.; NEW ALBERTSON'S, INC.; RITE AID CORPORATION; SAFEWAY, INC.; SUPERVALU, INC.; WALGREEN CO.; and WAL-MART STORES, INC.<br><br>    Defendants. | Civil Case No.:  CV 09 2514 SI<br><br>**REQUEST FOR APPROVAL OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT WAL-MART STORES, INC. AND [PROPOSED] ORDER**<br><br>Hon. Susan Illston<br><br>Complaint Filed:  June 5, 2009 |

Pursuant to Civil L.R. 11-5, defendant Wal-Mart Stores, Inc. hereby provides notice to all parties, and requests that the Court approve the substitution of Steven H. Frankel of the law firm of Sonnenschein Nath & Rosenthal LLP as its attorney of record in place of Sonya D. Winner, Haywood S. Gilliam, Jr., and Bryanne J. Schmitt of the law firm of Covington & Burling LLP, who withdraw as counsel of record for defendant Wal-Mart Stores, Inc.

I am duly admitted to practice in this District pursuant to Civil L.R. 11-1.

Dated:  July 23, 2009                                          SONNENSCHEIN NATH & ROSENTHAL LLP

                                                               By: /s/  Steven H. Frankel_____
                                                                   Steven H. Frankel (SB# 171919)
                                                                   Attorneys for Defendant
                                                                   Wal-Mart Stores, Inc.

We consent to the above substitution.

Dated:  July 23, 2009                                          COVINGTON & BURLING LLP

                                                               By:   /s/  Haywood S. Gilliam, Jr._____
                                                                     Haywood S. Gilliam, Jr. (SB# 172732)

                                                               By:   /s/  Sonya D. Winner _____
                                                                     Sonya D. Winner (SB# 200348)

                                                               By:   /s/  Bryanne J. Schmitt_____
                                                                     Bryanne J. Schmitt  (SB# 257534)

///

///

///

///

///

2

REQUEST FOR APPROVAL OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT WAL-
MART STORES, INC. AND [PROPOSED] ORDER
Civil Case No.:  CV 09 2514 SI

**[PROPOSED] ORDER**

PURSUANT TO THE REQUEST, Sonya D. Winner, Haywood S. Gilliam, Jr., and Bryanne J. Schmitt of the law firm of Covington & Burling LLP are permitted to withdraw as counsel of record for defendant Wal-Mart Stores, Inc., and Steven H. Frankel of the law firm of Sonnenschein, Nath & Rosenthal LLP shall be substituted as counsel of record for defendant Wal-Mart Stores, Inc.  All future correspondence and materials served as to defendant Wal-Mart Stores, Inc. shall be directed only to Sonnenschein Nath & Rosenthal LLP, and not to Covington & Burling LLP.

IT IS SO ORDERED.

Dated: July__, 2009        _____
                            Susan Illston
                            United States District Judge

3

REQUEST FOR APPROVAL OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT WAL-
MART STORES, INC. AND [PROPOSED] ORDER
Civil Case No.:  CV 09 2514 SI