UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILSTAF, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CVS CAREMARK CORP.; LONGS DRUG STORE CORPORATION; THE KROGER CO.; NEW ALBERTSON'S, INC.; RITE AID CORPORATION; SAFEWAY, INC.; SUPERVALU, INC.; WALGREEN CO.; and WAL-MART STORES, INC.,<br><br>　　　　　Defendants. | Case No: CV 09 2514 SI<br><br>**[PROPOSED] ORDER REGARDING PAGE LIMITATION FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' CONSOLIDATED MOTION TO DISMISS AND REQUEST FOR ORDER GRANTING PAGE EXTENSION**<br><br>HONORABLE SUSAN ILLSTON<br><br>COMPLAINT FILED: JUNE 5, 2009 |

ORDER REGARDING STIPULATION REGARDING PAGE LIMITATION
CASE NO. CV 09 2514 SI

SFCA_1647992.1

1 | Having reviewed the Joint Stipulation Regarding Page Limitation for Plaintiff's Response to Defendants' Consolidated Motion to Dismiss and Request for Order Granting Page Extension between Plaintiff Skilstaf, Inc. and Defendants Rite Aid, Inc. ("Rite Aid"), CVS Caremark Corp. ("CVS Caremark"), Longs Drug Store Corporation ("Longs") Supervalu, Inc. ("SuperValu"), New Albertson's, Inc. ("New Albertson's"), Safeway, Inc. ("Safeway"), Wal-Mart Stores, Inc. ("Wal-Mart"), Walgreen Co. ("Walgreens"), The Kroger Co. ("Kroger") (collectively except for Rite Aid "Defendants") and good cause appearing therefore, it is hereby ordered as follows:

1. Plaintiff may submit a single memorandum in opposition to Defendants' Joint Responsive Pleading and Rite Aid's Motion to Dismiss not to exceed 50 pages in length, exclusive of any caption, table of contents, table of authorities, signatures and supporting documents.

2. Rite Aid shall be allowed, if it so chooses, to file its own Reply pursuant to this Court's August 6 Order Regarding Response to Complaint and Request for Order Changing Time.

3. All other deadlines and requirements of this Court's August 6 Order Regarding Response to Complaint and Request for Order Changing Time shall remain.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November ___, 2009

_____
Judge Susan Illston