# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILSTAF, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CVS CAREMARK CORP.; LONGS DRUG STORE CORPORATION; THE KROGER CO.; NEW ALBERTSON'S, INC.; RITE AID CORPORATION; SAFEWAY, INC.; SUPERVALU, INC.; WALGREEN CO.; and WAL-MART STORES, INC.,<br><br>　　　　　　Defendants. | Case No: CV 09 2514 SI<br><br>**[PROPOSED] ORDER REGARDING PAGE LIMITATION FOR DEFENDANT'S REPLY IN SUPPORT OF CONSOLIDATED MOTION TO DISMISS**<br><br>HONORABLE SUSAN ILLSTON<br><br>COMPLAINT FILED: JUNE 5, 2009 |

Having reviewed the Stipulation Regarding Page Limits On Defendants' Reply In Support Of Consolidated Motion To Dismiss And Request For Order Granting Page Limit Extension between Plaintiff Skilstaf, Inc. and Defendants Rite Aid, Inc. ("Rite Aid"), CVS Caremark Corp. ("CVS Caremark"), Longs Drug Store Corporation ("Longs") Supervalu, Inc. ("SuperValu"), New Albertson's, Inc. ("New Albertson's"), Safeway, Inc. ("Safeway"), Wal-Mart Stores, Inc. ("Wal-Mart"), Walgreen Co. ("Walgreens"), The Kroger Co. ("Kroger") and good cause appearing therefore, it is hereby ordered as follows:

1. Defendants may submit a reply memorandum in support of its Consolidated Motion to Dismiss not to exceed 25 pages in length, exclusive of any caption, table of contents, table of authorities, signatures and supporting documents.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December ___, 2009

_____
Judge Susan Illston