**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TAMI S. SMASON CA Bar No. 120213
  tsmason@foley.com
  TELEPHONE:  213.972.4500
  FACSIMILE:    213.486.0065
PAGE R. BARNES CA Bar No. 154539
  pbarnes@foley.com
  TELEPHONE:  415.434.4484
  FACSIMILE:    415.434.4507

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL  60654-5313
ROBERT H. GRIFFITH, [ADMITTED PRO HAC VICE]
  rgriffith@foley.com
  TELEPHONE:  312.832.4500
  FACSIMILE:    312.832.4700

Attorneys for Defendants CVS CAREMARK CORP.
AND LONGS DRUG STORE CORPORATION
n/k/a LONGS DRUG STORES, L.L.C.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILSTAF, INC., on behalf of itself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>CVS CAREMARK CORP.; LONGS DRUG STORE CORPORATION; THE KROGER CO.; NEW ALBERTSON'S, INC.; RITE AID CORPORATION; SAFEWAY, INC.; SUPERVALU, INC.; WALGREEN CO.; and WAL-MART STORES, INC.,<br><br>  Defendants. | Case No:  CV 09 2514 SI<br><br>**RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>DATE: JANUARY 15, 2010<br>TIME: 9:00 A.M.<br>COURTROOM 10<br><br>HONORABLE SUSAN ILLSTON<br><br>COMPLAINT FILED:  JUNE 5, 2009 |

Defendants CVS Caremark Corp. ("CVS Caremark"), Longs Drug Stores Corporation n/k/a Longs Drug Stores, L.L.C ("Longs") Supervalu, Inc. ("SuperValu"), New Albertson's, Inc. ("New Albertson's"), Safeway, Inc. ("Safeway"), Wal-Mart Stores, Inc. ("Wal-Mart"), Walgreen Co. ("Walgreens"), Rite Aid, Inc. ("Rite Aid"), and The Kroger Co. ("Kroger"), (collectively "Defendants"), hereby respectfully respond to Plaintiff Skilstaf, Inc.'s ("Skilstaf") Request For Judicial Notice pursuant to Federal Rule of Evidence 201:

Federal Rule of Evidence 201 provides that, upon request, a court may take judicial notice of facts "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201. Accordingly, a court may take judicial notice of the records and files of state and federal courts. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 (9th Cir. 2006) (court may take judicial notice of court filings and other matters of public record); *Disabled Rights Action Comm. V. Las Vegas Events, Inc.*, 375 F.3d 861, 866 n.1 (9th Cir. 2004) (court may take judicial notice of the records of state agencies and other undisputed matters of public record); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) ("under Fed. R. Evid. 201, a court may take judicial notice of 'matters of public record'") (quoting *Mack v. South Bay Beer Distrib.*, 798 F.2d 1279, 1282 (9th Cir. 1986)); *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360, 1364 (9th Cir. 1998) (taking judicial notice of pleadings filed in different action by one of the parties); *Piper v. RGIS Inventory Specialists, Inc.*, No. C-07-00032, 2007 WL 1690887, at *1 n.1 (N.D. Cal. June 11, 2007) (taking judicial notice of pleadings in two cases filed in another district court).

Defendants, therefore, do not oppose Skilstaf's Request For Judicial Notice to the extent that the court may take notice of the existence of the documents and their contents, and that Documents 2, 3, 4, 5, 7, 8 and 9 listed in Skilstaf's request were presented to the court in *New England Carpenters et al. v. First DataBank*,

Case No. 05-11148 PBS (D. Mass.) ("*New England Carpenters*") or were issued by that court, as in the case of Documents 1 and 6 listed in Skilstaf's request. Defendants, however, do not concede that the facts stated therein are true and correct or that the documents or facts stated therein are admissible for all purposes.

                                       Respectfully Submitted,

Dated: December 18, 2009        FOLEY & LARDNER LLP

By:    */s/ Page R. Barnes*
Page R. Barnes, State Bar No. 154539
FOLEY & LARDNER LLP
One Maritime Plaza, Suite 600
San Francisco, Ca 94501
Telephone: (415)434-4484
Fax: (415)434-4507
pbarnes@foley.com

Attorneys For Defendants,
CVS Caremark Corp. And
Longs Drug Store Corporation
N/K/A Longs Drug Stores, L.L.C.

Dated: December 18, 2009        MUNGER TOLLES & OLSON LLP

By: */s/ Carolyn Hoecker Luedtke*
Gregory P. Stone, State Bar No. 078329
Michael Robert Doyen, State Bar No. 119687
Lynn H. Scaduto, State Bar No. 205291
Carolyn Hoecker Luedtke, State Bar No. 207976
Yuval Miller, State Bar No. 243492
MUNGER TOLLES & OLSON LLP
355 S Grand Ave, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant, Safeway Inc.

Dated: December 18, 2009 MCDERMOTT WILL & EMERY LLP

By:____/s/ Matt Oster_____
Matt Oster, State Bar No. 190541
MCDERMOTT WILL & EMERY LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
moster@mwe.com

Attorneys for Defendant, Walgreen Co.

Dated: December 18, 2009 SONNENSCHEIN NATH & ROSENTHAL LLP

By: /s/ Steven H. Frankel_____
Steven H. Frankel, State Bar No. 171919
C. Michael Moore (admitted pro hac vice)
Sandra D. Hauser (admitted pro hac vice)
Drew W. Marrocco (admitted pro hac vice).
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

Attorneys for Defendant, Wal-Mart Stores Inc.

Dated: December 18, 2009 **MORGAN, LEWIS & BOCKIUS LLP**

By:___/s/ Peter Buscemi_____
Peter Buscemi
pbuscemi@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorney for Defendant, Rite Aid Inc.

5
DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
CASE NO. CV 09 2514 SI

SFCA_1668167.1

Dated:  December 18, 2009

NIXON PEABODY LLP

By:___*/s/ Fred A. Kelly, Jr.*_____

Robert Ahlefeld Weikert, State Bar No. 121146
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Telephone:  (415) 984-8385
Facsimile:  (866) 294-8842

Fred A. Kelly, Jr. (*pro hac vice*)
David M. Ryan (*pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-2131
Telephone:  (617) 345-1000
Facsimile:  (617) 345-1300

Attorneys for Defendants,
New Albertson's, Inc. and Supervalu Inc.

Dated:  December 18, 2009

HOGAN & HARTSON LLP

By: /s/ Laurence A. Weiss_____
Laurence A. Weiss, State Bar No. 164638
Kristi K. Elder, State Bar No. 231996
HOGAN & HARTSON LLP
525 University Avenue, 4th Floor
Palo Alto, CA 94301
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199

Attorneys for Defendant,
The Kroger Co.

<u>GENERAL ORDER 45 CERTIFICATION</u>

I, Page R Barnes, hereby attest pursuant to N.D. Cal. General Order No. 45 that the concurrence to the filing of this document has been obtained from each signatory.

Dated:  December 18, 2009         FOLEY & LARDNER LLP


By:      /s/ *Page R. Barnes*_____
Page R. Barnes, State Bar No. 154539
FOLEY & LARDNER LLP
One Maritime Plaza, Suite 600
San Francisco, Ca 94501
Telephone: (415)434-4484
Fax: (415)434-4507
pbarnes@foley.com

Attorneys For Defendants,
CVS Caremark Corp. And
Longs Drug Store Corporation
N/K/A Longs Drug Stores, L.L.C.

7
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
CASE NO. CV 09 2514 SI

SFCA_1668167.1