IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKILSTAF, INC, | No. C 09-02514 SI |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| CVS CAREMARK CORP., et al., | |
|     Defendants. | |

Defendants' motions to dismiss are granted with prejudice. Judgment in favor of defendants and against plaintiff is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 13, 2010

SUSAN ILLSTON
United States District Judge